[No. 39524-6-I. Division One. December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD G. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04922-9, Linda Lau, J., entered October 24, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39530-1-I. Division One. December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALLEN BUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00866-9, Larry E. McKeeman, J., entered September 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39570-0-I. Division One. December 22, 1997.]

THE CITY OF SEATTLE, *Respondent*, v. JARRAY WHITE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04888-5, Ricardo S. Martinez, J., entered September 26, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39723-1-I. Division One. December 22, 1997.]

JAMES C. COGHLAN, ET AL., *Respondents*, v. JACK G. HENNEMANN, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 93-2-08403-0, Nancy Ann Holman, Larry A. Jordan, and Deborah D. Fleck, JJ., entered September 30, 1993, September 27, 1994, and October 7, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.